

MM-T

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Sheryl McCorkell, | Case No. 1:14-cv-01219 |
| Plaintiff, | |
| v. | ~~(proposed)~~ ORDER ON PLAINTIFF'S MOTION FOR TURNOVER DIRECTED TO BANK OF AMERICA |
| Halsted Financial Services, LLC, | |
| Defendant. | |

FOR GOOD CAUSE SHOWN, the Court hereby GRANTS Plaintiff's Motion for Entry of Default.

It is ORDERED, ADJUDGED, and DECREED that the Bank of America shall immediately release the amount of $4,604 to Plaintiff's attorney by check payable to "Meier LLC Trust Account" to be allocated toward the satisfaction of the judgment entered herein.

**IT IS SO ORDERED.**

_____
United States District Judge
Northern District of Illinois

Date: 7-3-14